**Order entered January 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00504-CV

### IN THE MATTER OF THE MARRIAGE OF
### DAVID SCOTT HAYES AND SHERRY COOKE HAYES
### AND IN THE INTEREST OF J.D.H.

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56446-2010**

## ORDER

Appellant David Scott Hayes's motion for an extension of time in which to file a reply brief is **GRANTED**. TEX. R. APP. P. 38.6(d). Appellant's reply brief is due on or before **February 9, 2015.**

/s/     ELIZABETH LANG-MIERS
           JUSTICE